(Official Form 1) (12/02)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Diamond Image, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>36-4086204 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>1116 West Hubbard<br>Chicago, IL 60622 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:  **Cook** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Information Regarding the Debtor (Check the Applicable Boxes)**

Venue (Check any applicable box)
- ☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply)<br>☐ Individual(s)    ☐ Railroad<br>■ Corporation    ☐ Stockbroker<br>☐ Partnership    ☐ Commodity Broker<br>☐ Other_____    ☐ Clearing Bank | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br>☐ Chapter 7    ■ Chapter 11    ☐ Chapter 13<br>☐ Chapter 9    ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
|---|---|
| Nature of Debts (Check one box)<br>☐ Consumer/Non-Business    ■ Business | Filing Fee (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| Chapter 11 Small Business (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | |

Statistical/Administrative Information (Estimates only)
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative exp will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000+ |
|---|---|---|---|---|---|---|
| | ■ | ☐ | ☐ | ☐ | ☐ | |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
| | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
| | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

```
U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 08/11/2004
Time: 10:58:49
Debtor: DIAMOND IMAGE INC
Case: 04-29728      Fee : 839
Chapter: 11 Rec. # : 3095381
Judge: Susan Pierson Sonderby
```

1:04BK29728-BK001

(Official Form 1) (12/02)

| Voluntary Petition | Name of Debtor(s): | FORM B1, Page 2 |
|---|---|---|
| *(This page must be completed and filed in every case)* | Diamond Image, Inc. | |

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Michael D. LaCalamita*
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

8/6/04
Date

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)
**James A. Chatz 00429244**
Printed Name of Attorney for Debtor(s)
**Arnstein & Lehr LLP**
Firm Name
**120 S. RiverSide Plaza**
**Chicago, IL 60606**
Address
**(312)876-7100  Fax: (312)876-0288**
Telephone Number
8/11/04
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Michael D. LaCalamita*
Signature of Authorized Individual
**Michael D. LaCalamita**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual
8/6/04
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)    Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

# United States Bankruptcy Court
### Northern District of Illinois

In re **Diamond Image, Inc.**, Debtor

Case No. _____

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| American Express<br>P.O. Box 297879<br>Fort Lauderdale, FL 33329-7879 | American Express<br>P.O. Box 297879<br>Fort Lauderdale, FL 33329-7879 | | | 24,250.94 |
| American Express<br>P.O. Box 297879<br>Fort Lauderdale, FL 33329-7879 | American Express<br>P.O. Box 297879<br>Fort Lauderdale, FL 33329-7879 | | | 15,650.97 |
| American Express<br>P.O. Box 297879<br>Fort Lauderdale, FL 33329-7879 | American Express<br>P.O. Box 297879<br>Fort Lauderdale, FL 33329-7879 | | | 13,316.38 |
| American Express<br>P.O.Box 297879<br>Fort Lauderdale, FL 33329-7879 | American Express<br>P.O.Box 297879<br>Fort Lauderdale, FL 33329-7879 | | | 13,045.42 |
| Banco Popular<br>1445 W. Chicago Avenue<br>Chicago, IL 60622 | Banco Popular<br>1445 W. Chicago Avenue<br>Chicago, IL 60622 | | | 11,863.20<br>(0.00 secured.) |

In re     Diamond Image, Inc.                 Case No. _____

Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Capitol One Services<br>P.O. Box 85015<br>Richmond, VA 23285-5015 | Capitol One Services<br>P.O. Box 85015<br>Richmond, VA 23285-5015 | | | 1,017.91 |
| Capitol One Services<br>P.O. Box 85015<br>Richmond, VA 23285-5015 | Capitol One Services<br>P.O. Box 85015<br>Richmond, VA 23285-5015 | | | 14,444.72 |
| Certified Security<br>2720 N. Thatcher Avenue<br>River Grove, IL 60171 | Certified Security<br>2720 N. Thatcher Avenue<br>River Grove, IL 60171 | | | 156.51 |
| Citi Business Card<br>P.O. Box 6309<br>The Lakes, NV 88901-6309 | Citi Business Card<br>P.O. Box 6309<br>The Lakes, NV 88901-6309 | | | 6,920.06 |
| KeyBank USA<br>P.O. Box 94722<br>Cleveland, OH 44101-4722 | KeyBank USA<br>P.O. Box 94722<br>Cleveland, OH 44101-4722 | | | 29,522.49 |
| LaCalamita, Joe<br>925 Park Drive<br>Melrose Park, IL 60160 | LaCalamita, Joe<br>925 Park Drive<br>Melrose Park, IL 60160 | | | 31,000.00 |

In re   **Diamond Image, Inc.**                                                        , Case No. _____
                                               Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Vladem Lerman Sweeney & Company LLP<br>5215 Old Orchard Road<br>Suite 525<br>Skokie, IL 60077-1035 | Vladem Lerman Sweeney & Company LLP<br>5215 Old Orchard Road<br>Suite 525<br>Skokie, IL 60077-1035 | | Disputed | 818.00 |
| Yellow Pages<br>P.O. Box 600006<br>Anaheim, CA 92812 | Yellow Pages<br>P.O. Box 600006<br>Anaheim, CA 92812 | | | 177.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

In re    Diamond Image, Inc.

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date: 8/6/2004   Signature: *Michael D. LaCalamita*
Michael D. LaCalamita
President

United States Bankruptcy Court
Northern District of Illinois

In re: Diamond Image, Inc.                                                   Case No
                                                                             Chapter  11

DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: 8/6/2004                                  Signature: Michael D. LaCalamita
                                                           Michael D. LaCalamita
                                                           President

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571

```
American Express
P.O. Box 297879
Fort Lauderdale, FL 33329-7879


American Express
P.O. Box 297879
Fort Lauderdale, FL 33329-7879


American Express
P.O.Box 297879
Fort Lauderdale, FL 33329-7879


American Express
P.O. Box 297879
Fort Lauderdale, FL 33329-7879


Banco Popular
1445 W. Chicago Avenue
Chicago, IL 60622


Capitol One Services
P.O. Box 85015
Richmond, VA 23285-5015


Capitol One Services
P.O. Box 85015
Richmond, VA 23285-5015


Certified Security
2720 N. Thatcher Avenue
River Grove, IL 60171


Citi Business Card
P.O. Box 6309
The Lakes, NV 88901-6309


KeyBank USA
P.O. Box 94722
Cleveland, OH 44101-4722


LaCalamita, Joe
925 Park Drive
Melrose Park, IL 60160
```

```
Vladem Lerman Sweeney & Company LLP
5215 Old Orchard Road
Suite 525
Skokie, IL 60077-1035


Yellow Pages
P.O. Box 600006
Anaheim, CA 92812
```