UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| DIAMOND IMAGE, INC. | ) | CASE NO. 04-29728 SPS |
| | ) | |
| Debtor(s) | ) | HON. SUSAN PIERSON SONDERBY |

**TRUSTEE'S FINAL REPORT AND ACCOUNT**
**(PRE-DISTRIBUTION REPORT)**

To:   THE HONORABLE SUSAN PIERSON SONDERBY
      BANKRUPTCY JUDGE

NOW COMES GUS A. PALOIAN, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1.   GUS A. PALOIAN was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on August 11, 2004. An order for relief under Chapter 7 was entered on August 11, 2004. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2.   The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed as necessary and appropriate; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.   The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.   A summary of the Trustee's Final Report as of January 23, 2007 is as follows:

| | | | |
|---|---|---|---:|
| | a. | RECEIPTS (See Exhibit C) | $ 25,220.64 |
| | b. | DISBURSEMENTS (See Exhibit C) | $ 10,158.65 |
| | c. | NET CASH available for distribution | $ 15,061.99 |
| | d. | TRUSTEE/PROFESSIONAL COSTS: | |

CH2 20198109.1

| | | |
|---|---|---:|
| 1. | Trustee compensation requested (See Exhibit E) | $3,272.06 |
| 2. | Trustee Expenses (See Exhibit E) | $0.00 |
| 3. | Compensation requested by attorney or other professionals for trustee (See Exhibit G) | $24,202.17 |
| 4. | Estimated compensation and expense reimbursement request (See Exhibit G) | $ |

5. The Bar Date for filing unsecured claims expired on April 26, 2005.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (as necessary and appropriate, a copy of the Trustee's proposed distribution is attached as Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---:|
| a | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative and 28 U.S.C. §1930 claims | $1,000.00 |
| c. | Allowed Chapter 11 administrative claims | $16,873.85 |
| d. | Allowed priority claims | $0.00 |
| e. | Allowed unsecured claims | $158,667.34 |

7. Trustee proposes that unsecured creditors receive a distribution of 0.00% of allowed claims.

8. Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $10,112.70. Professional's compensation and expense requested but not yet allowed is $11,349.24. The total of Chapter 7 professional fees and expenses requested for final allowance is $21,461.94.

9. A fee of $6,212.50 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

CH2 20198109.1

                                                     RESPECTFULLY SUBMITTED

DATE: January 30, 2007                     /s/ Gus A. Paloian
                                                  GUS A. PALOIAN
                                                  131 S. DEARBORN
                                                  SUITE 2400
                                                  CHICAGO, IL  60603

CH2 20198109.1

# EXHIBIT A

EXHIBIT A

**TASKS PERFORMED BY TRUSTEE**

The Trustee reviewed the Debtor's Schedule of Assets and Liabilities and Statements of Financial Affairs. The Trustee conducted an examination of the Debtor at the Section 341 meeting of creditors.

1. The Trustee prepared semi-annual reports to the United States Trustee's Office.

2. The Trustee managed the Estate's cash on hand. This included investing the estate's funds in interest bearing accounts and maintaining a report of cash receipts and disbursements.

3. The Trustee examined the Debtor's records in an effort to identify additional assets available to the Estate for liquidation and to verify the disposition of assets.

4. The Trustee sold Estate's non-exempt leasehold interest in certain real property.

5. The Trustee attended to tax issues concerning the Estate. The Trustee retained a Tax Accountant to prepare the Estate's returns.

6. The Trustee reviewed the claims filed in this case.

7. The Trustee prepared an objection to an administrative claim for the benefit of the Estate.

8. The Trustee prepared an objection to Debtor's counsel's Chapter 11 fee request.

CH2 20198109.1

**EXHIBIT B**

EXHIBIT B

DISPOSITION OF ESTATE PROPERTY

| Scheduled Property and Disposition | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto | |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto | |

TOTAL RECEIPTS $25,220.64

TOTAL SCHEDULED VALUE
    OF PROPERTY ABANDONED $10,091.64

TOTAL SCHEDULED VALUE
    OF EXEMPT PROPERTY $10,091.64

CH2 20198109.1

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

| Case No: | 04-29728 SPS Judge: SUSAN PIERSON SONDERBY | | Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | DIAMOND IMAGE, INC. | | Date Filed (f) or Converted (c): | 10/28/04 (c) |
| | | | 341(a) Meeting Date: | 09/22/04 |
| For Period Ending: 01/23/07 | | | Claims Bar Date: | 04/26/05 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY (u) LEASEHOLD INTEREST RE LEASE OF 1116-18 WEST HUBBARD, CHICAGO, IL | 0.00 | 25,000.00 | | 25,000.00 | FA |
| 2. CASH ON HAND | 50.00 | 0.00 | DA | 0.00 | FA |
| 3. BANK ACCOUNTS CHECKING ACCOUNT AT BANCO POPULAR | 4,441.64 | 0.00 | DA | 0.00 | FA |
| 4. SECURITY DEPOSITS COMMONWEALTH EDISON | 600.00 | 0.00 | DA | 0.00 | FA |
| 5. SECURITY DEPOSITS DEPOSIT WITH LANDLORD CHRIS SPINA, 1114 WEST HUBBARD, CHICAGO, IL | 4,500.00 | 0.00 | DA | 0.00 | FA |
| 6. OFFICE EQUIPMENT, FURNISHINGS, AND COMPUTER, PRINTER, COPIER, SCANNER, FAX MACHINE, STEREO SYSTEM, TV AND FURNITURE | 0.00 | 0.00 | DA | 0.00 | FA |
| 7. MACHINERY, FIXTURES, AND BUSINESS E 2 SHOP VACUUMS, COMPRESSOR, 2 WASHING MACHINES, 2 DRYERS, CARPET CLEANER, 2 BUFFERS | 0.00 | 0.00 | DA | 0.00 | FA |
| 8. INVENTORY FLOOR MATS AND WIPER BLADES | 500.00 | 0.00 | DA | 0.00 | FA |

LFORM1  Ver: 11.80

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

| Case No: | 04-29728   SPS   Judge: SUSAN PIERSON SONDERBY | Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | DIAMOND IMAGE, INC. | Date Filed (f) or Converted (c): | 10/28/04 (c) |
| | | 341(a) Meeting Date: | 09/22/04 |
| | | Claims Bar Date: | 04/26/05 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 220.64 | Unknown |
| TOTALS (Excluding Unknown Values) | $ 10,091.64 | $ 25,000.00 | | $ 25,220.64 | $0.00 |
| | | | | | Gross Value of Remaining Assets |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Received settlement funds from sale of leasehold interest. Claims have been resolved. Tax Accountant has requested a waiver of tax returns. Waiting for response from IRS regarding waiver of returns. Upon confirmation of waiver or completion of tax returns, the Final Report can be prepared and filed.

Initial Projected Date of Final Report (TFR): 04/30/05       Current Projected Date of Final Report (TFR): 11/30/06

# EXHIBIT C

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

CH2 20198109.1

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-29728 -SPS | | Trustee Name: | GUS A. PALOIAN, TRUSTEE | | Page: | 1 |
| Case Name: | DIAMOND IMAGE, INC. | | Bank Name: | BANK OF AMERICA, N.A. | | | |
| Taxpayer ID No: | *******6204 | | Account Number / CD #: | ******9194  BofA Money Market | | | |
| For Period Ending: | 01/23/07 | | Blanket Bond (per case limit): | $ 5,000,000.00 | | | |
| | | | Separate Bond (if applicable): | | | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/08/04 | 1 | CHRIS M. SPINA-PROPERTIES | INTEREST IN LEASE | 1180-000 | 25,000.00 | | 25,000.00 |
| 11/30/04 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 1.29 | | 25,001.29 |
| 12/31/04 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 2.12 | | 25,003.41 |
| 01/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 2.12 | | 25,005.53 |
| 02/28/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 4.80 | | 25,010.33 |
| 02/28/05 | 000201 | INTERNATIONAL SURETIES, LTD. | MISCELLANEOUS EXPENSE OF THE ESTATE CHAPTER 7 BOND PREMIUM PAYMENT | 2300-000 | | 32.97 | 24,977.36 |
| 03/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 5.30 | | 24,982.66 |
| 04/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 5.13 | | 24,987.79 |
| 05/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 5.31 | | 24,993.10 |
| 06/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 5.14 | | 24,998.24 |
| 07/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 5.31 | | 25,003.55 |
| 08/17/05 | | Transfer to Acct #*******9217 | Bank Funds Transfer | 9999-000 | | 10,112.70 | 14,890.85 |
| 08/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 10.25 | | 14,901.10 |
| 09/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 7.35 | | 14,908.45 |
| 10/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 7.60 | | 14,916.05 |
| 11/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 7.36 | | 14,923.41 |
| 12/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 7.60 | | 14,931.01 |
| 01/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 7.61 | | 14,938.62 |
| 02/14/06 | | Transfer to Acct #*******9217 | Bank Funds Transfer | 9999-000 | | 12.98 | 14,925.64 |
| 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 10.64 | | 14,936.28 |
| 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 12.69 | | 14,948.97 |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 12.28 | | 14,961.25 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 12.72 | | 14,973.97 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 12.31 | | 14,986.28 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 12.73 | | 14,999.01 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 12.74 | | 15,011.75 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 12.34 | | 15,024.09 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 12.76 | | 15,036.85 |

Page Subtotals        25,195.50        10,158.65

LFORM24                                                                                                              Ver: 11.80

Page: 2

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 04-29728 -SPS
Case Name: DIAMOND IMAGE, INC.

Taxpayer ID No: *******6204
For Period Ending: 01/23/07

Trustee Name: GUS A. PALOIAN, TRUSTEE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******9194 BofA Money Market

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 12.36 | | 15,049.21 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 12.78 | | 15,061.99 |

15,061.99

COLUMN TOTALS 25,220.64 10,158.65
Less: Bank Transfers/CD's 0.00 10,125.68
Subtotal 25,220.64 32.97
Less: Payments to Debtors 0.00
Net 25,220.64 32.97

Page Subtotals 25.14 0.00

Ver: 11.80
LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 04-29728 -SPS
Case Name: DIAMOND IMAGE, INC.

Taxpayer ID No: \*\*\*\*\*\*6204
For Period Ending: 01/23/07

Trustee Name: GUS A. PALOIAN, TRUSTEE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: \*\*\*\*\*\*\*9217 BofA Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/17/05 | | Transfer from Acct #\*\*\*\*\*\*\*9194 | Bank Funds Transfer | 9999-000 | 10,112.70 | | 10,112.70 |
| 08/17/05 | 002001 | SEYFARTH SHAW LLP | ATTORNEY FEES & EXPENSES PAYMENT OF FIRST INTERIM FEES PURSUANT TO COURT ORDER DATED JUNE 29, 2005. JUDGE DID NOT ALLOW FULL FEE REQUEST | | | 10,112.70 | 0.00 |
| | | | Fees 10,000.00 | 3110-000 | | | |
| | | | Expenses 112.70 | 3120-000 | | | |
| 02/14/06 | | Transfer from Acct #\*\*\*\*\*\*\*9194 | Bank Funds Transfer | 9999-000 | 12.98 | | 12.98 |
| 02/14/06 | 002002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM 2/1/06 THROUGH 2/1/07 | 2300-000 | | 12.98 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 10,125.68 | 10,125.68 |
| Less: Bank Transfers/CD's | 10,125.68 | 0.00 |
| Subtotal | 0.00 | 10,125.68 |
| Less: Payments to Debtors | | 0.00 |
| Net | 0.00 | 10,125.68 |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT NET BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| BofA Money Market - \*\*\*\*\*\*\*\*9194 | 25,220.64 | 32.97 | 15,061.98 |
| BofA Checking Account - \*\*\*\*\*\*\*\*9217 | 0.00 | 10,125.68 | 0.00 |
| | 25,220.64 | 10,158.65 | 15,061.98 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 10,125.68 10,125.68

Page: 3

Ver: 11.80

LFORM24

# EXHIBIT D

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| DIAMOND IMAGE, INC. | ) | CASE NO. 04-29728 SPS |
| | ) | |
| Debtor(s) | ) | HON. SUSAN PIERSON SONDERBY |

**DISTRIBUTION REPORT**

I, <u>GUS A. PALOIAN</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---|
| Secured Claims: | $0.00 |
| Chapter 7 Administrative Expenses: | $15,061.99 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| Other Priority Claims (507(a)(9)): | $0.00 |
| General Unsecured Claims: | $0.00 |
| Tardily-Filed Unsecured Claims: | $0.00 |
| Fines, Penalties & Punitive Damages: | $0.00 |
| Post-Petition Interest: | $0.00 |
| Surplus to Debtor: | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $15,061.99 |

**EXHIBIT D**

CH2 20198109.1

**DISTRIBUTION REPORTS**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $27,443.73 | 91.73 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT PREVIOUSLY PAID | AMOUNT OF DIVIDEND |
|---|---|---|---|---|
| TEE | Gus A. Paloian Trustee Compensation | $3,272.06 | $0.00 | $3,001.53 |
| ATTY | Seyfarth Shaw LLP Attorney for Trustee Fees | $21,585.50 | $10,000.00 | $9,800.81 |
| ATTY | Seyfarth Shaw LLP Attorney for Trustee Expenses | $211.17 | $112.70 | $81.01 |
| ACCT | Popowcer Katten, Ltd. Accountant for Trustee Fees | $1,375.00 | | $1,261.32 |
| 000010 | US Trustee U.S. Trustee Quarterly Fees | $1,000.00 | | $917.32 |
| | CLASS TOTALS | $27,443.73 | $10,112.70 | $15,061.99 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $ 16,873.85 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| ATTY | Arnstein & Lehr Attorney for D-I-P Fees | $13,091.50 | $0.00 |
| ATTY | Arnstein & Lehr Attorney for D-I-P Expenses | $3,782.35 | $0.00 |
| | CLASS TOTALS | $16,873.85 | $0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

CH2 20198109.1

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,925.. | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits by consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b)(6) - Tax Liens | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

CH2 20198109.1

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $ 158,667.34 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000001 | Keybank USA/National Association General Unsecured 726 | $29,580.91 | $0.00 |
| 000003 | American Express Bank, FSB General Unsecured 726 | $24,250.94 | $0.00 |
| 000004 | American Express Bank, FSB General Unsecured 726 | $15,782.15 | $0.00 |
| 000005 | American Express Bank, FSB General Unsecured 726 | $12,765.98 | $0.00 |
| 000007 | Banco Popular North America General Unsecured 726 | $10,320.84 | $0.00 |
| 000008 | Keybank USA/National Association General Unsecured 726 | $29,966.52 | $0.00 |
| 000009 | Lacalamita, Joe General Unsecured 726 | $36,000.00 | $0.00 |
| | **CLASS TOTALS** | **$158,667.34** | **$0.00** |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Late unsecured claims | $ 0.00 | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) – Interest | $ 0.00 | 0.00 |

CH2 20198109.1

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
|  |  |  |  |  |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: January 19, 2007

_____
Gus A. Paloian, Trustee

CH2 20198109.1