UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| DIAMOND IMAGE, INC. | ) | CASE NO. 04-29728 SPS |
| | ) | |
| Debtor(s) | ) | HON. SUSAN PIERSON SONDERBY |

Social Security/Employer Tax ID Number:     36-4086204

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors and other Parties in Interest:

1.     NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

At:     US BANKRUPTCY COURT, 219 S DEARBORN, COURTROOM 642, CHICAGO, IL 60604

on:  May 15, 2007
at:   10:30 a.m.

2.     The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.     The Trustee's Final Report shows total:

a. Receipts                                                          $25,220.64

b. Disbursements                                                 $10,158.65

c. Net Cash Available for Distribution                  $15,061.99

4.     Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT PREVIOUSLY PAID | AMOUNT OF DIVIDEND |
|---|---|---|---|---|
| TEE | Gus A. Paloian<br>Trustee Compensation | $3,272.06 | $0.00 | $3,001.53 |
| ATTY | Seyfarth Shaw LLP<br>Attorney for Trustee Fees | $21,585.50 | $10,000.00 | $9,800.81 |
| ATTY | Seyfarth Shaw LLP<br>Attorney for Trustee Expenses | $211.17 | $112.70 | $81.01 |
| ACCT | Popowcer Katten, Ltd.<br>Accountant for Trustee Fees | $1,375.00 | | $1,261.32 |

| 000010 | US Trustee | $1,000.00 | | $917.32 |
| | U.S. Trustee Quarterly Fees | | | |
| | **CLASS TOTALS** | **$27,443.73** | **$10,112.70** | **$15,061.99** |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
| --- | --- | --- | --- |
| ARNSTEIN & LEHR | $0.00 | $0.00 | $0.00 |
| Attorney for D-I-P | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
| --- | --- | --- | --- |

7. Claims of general unsecured creditors totaling $158,667.34 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
| --- | --- | --- | --- |
| 1 | KEYBANK USA/NATIONAL ASSOCIATION | $29,580.91 | $0.00 |
| 3 | AMERICAN EXPRESS BANK, FSB | $24,250.94 | $0.00 |
| 4 | AMERICAN EXPRESS BANK, FSB | $15,782.15 | $0.00 |
| 5 | American Express Bank, FSB | $12,765.98 | $0.00 |
| 7 | Banco Popular North America | $10,320.84 | $0.00 |
| 8 | KeyBank USA/National Association | $29,966.52 | $0.00 |
| 9 | LaCalamita, Joe | $36,000.00 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
| --- | --- |
| CASH ON HAND | $50.00 |

| | |
|---|---|
| BANK ACCOUNTS | $4,441.64 |
| SECURITY DEPOSITS | $600.00 |
| SECURITY DEPOSITS | $4,500.00 |
| OFFICE EQUIPMENT, FURNISHINGS, AND | $0.00 |
| MACHINERY, FIXTURES, AND BUSINESS E | $0.00 |
| INVENTORY | $500.00 |

Dated:  March 28, 2007                         For the Court,

                                              By:   KENNETH S GARDNER
                                                   Kenneth S. Gardner
                                                   Clerk of the U.S. Bankruptcy Court
                                                   219 S. Dearborn Street; 7th Floor
                                                   Chicago, IL 60604

Trustee:        Gus A. Paloian
Address:        131 S. Dearborn
                Suite 2400
                Chicago, IL  60603
Phone No.:      (312) 460-5360

CH2 20198414.1