UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| DIAMOND IMAGE, INC. | ) | CASE NO. 04-29728 SPS |
| | ) | |
| Debtor(s) | ) | HON. SUSAN PIERSON SONDERBY |

Social Security/Employer Tax ID Number:    36-4086204

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO the Debtor(s), Creditors and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:    US BANKRUPTCY COURT, 219 S DEARBORN, COURTROOM 642, CHICAGO, IL 60604

    on:    May 15, 2007
    at:    10:30 a.m.

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    | | |
    |---|---:|
    | a. Receipts | $25,220.64 |
    | b. Disbursements | $10,158.65 |
    | c. Net Cash Available for Distribution | $15,061.99 |

4.  Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT PREVIOUSLY PAID | AMOUNT OF DIVIDEND |
|---|---|---:|---:|---:|
| TEE | Gus A. Paloian<br>Trustee Compensation | $3,272.06 | $0.00 | $3,001.53 |
| ATTY | Seyfarth Shaw LLP<br>Attorney for Trustee Fees | $21,585.50 | $10,000.00 | $9,800.81 |
| ATTY | Seyfarth Shaw LLP<br>Attorney for Trustee Expenses | $211.17 | $112.70 | $81.01 |
| ACCT | Popowcer Katten, Ltd.<br>Accountant for Trustee Fees | $1,375.00 | | $1,261.32 |

| | | | | |
|---|---|---|---|---|
| 000010 | US Trustee | $1,000.00 | | $917.32 |
| | U.S. Trustee Quarterly Fees | | | |
| | **CLASS TOTALS** | **$27,443.73** | **$10,112.70** | **$15,061.99** |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| ARNSTEIN & LEHR | $0.00 | $0.00 | $0.00 |
| Attorney for D-I-P | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $158,667.34 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | KEYBANK USA/NATIONAL ASSOCIATION | $29,580.91 | $0.00 |
| 3 | AMERICAN EXPRESS BANK, FSB | $24,250.94 | $0.00 |
| 4 | AMERICAN EXPRESS BANK, FSB | $15,782.15 | $0.00 |
| 5 | American Express Bank, FSB | $12,765.98 | $0.00 |
| 7 | Banco Popular North America | $10,320.84 | $0.00 |
| 8 | KeyBank USA/National Association | $29,966.52 | $0.00 |
| 9 | LaCalamita, Joe | $36,000.00 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| CASH ON HAND | $50.00 |

| | |
|---|---:|
| BANK ACCOUNTS | $4,441.64 |
| SECURITY DEPOSITS | $600.00 |
| SECURITY DEPOSITS | $4,500.00 |
| OFFICE EQUIPMENT, FURNISHINGS, AND | $0.00 |
| MACHINERY, FIXTURES, AND BUSINESS E | $0.00 |
| INVENTORY | $500.00 |

Dated: <u>March 28, 2007</u>                          For the Court,

                                                By:   <u>KENNETH S GARDNER</u>
                                                        Kenneth S. Gardner
                                                        Clerk of the U.S. Bankruptcy Court
                                                       219 S. Dearborn Street; 7th Floor
                                                       Chicago, IL 60604

| | |
|---|---|
| Trustee: | Gus A. Paloian |
| Address: | 131 S. Dearborn |
| | Suite 2400 |
| | Chicago, IL  60603 |
| Phone No.: | (312) 460-5360 |

CH2 20198414.1

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                 Page 1 of 1              Date Rcvd: Mar 28, 2007
Case: 04-29728                 Form ID: pdf002             Total Served: 24


The following entities were served by first class mail on Mar 30, 2007.
 db         +Diamond Image Inc,   1116 West Hubbard,   Chicago, IL 60622-5811
 aty        +Arnstein & Lehr,   Arnstein & Lehr,   120 S Riverside Plaza Ste 1200,   Chicago, IL 60606-3910
 aty        +Arnstein & Lehr LLP,   120 S. Riverside Plaza,   Chicago, IL 60606-3941
 aty        +Barry A Chatz,   Arnstein & Lehr LLP,   120 South Riverside Plaza Ste 1200,
               Chicago, IL 60606-3910
 aty        +Charles S Riecke,   Seyfarth Shaw,   131 S. Dearborn Street,   Suite 4200,
               Chicago, IL 60603-5517
 aty        +Deborah Ebner,   Law Office of Deborah K. Ebner,   11 E Adams St Ste 800,   Chicago, IL 60603-6324
 aty        +James A. Chatz,   Arnstein & Lehr LLP,   120 South Riverside Plaza Ste 1200,
               Chicago, IL 60606-3910
 aty        +Joy E Levy,   Arnstein & Lehr LLP,   120 S Riverside Plaza,   Suite 1200,   Chicago, IL 60606-3910
 tr         +Gus A Paloian,   Seyfarth, Shaw, Et Al,   131 South Dearborn Street,   Suite 2400,
               Chicago, IL 60603-5577
 acc        +Popowcer Katten Ltd,   Popowcer Katten Ltd,   35 E Wacker Dr, Ste 902,   Chicago, IL 60601-2314
 8382591     American Express,   P.O. Box 297879,   Fort Lauderdale, FL 33329-7879
 8494857     American Express Bank, FSB,   c/o Becket and Lee, LLP,   P.O. Box 3001,   Malvern, PA 19355-0701
 8382595    +Banco Popular,   1445 W. Chicago Avenue,   Chicago, IL 60622-5234
 8805580    +Banco Popular North America,   Joshua S Hyman,   c/o Chuhak & Tecson PC,
               30 South Wacker Drive Suite 2600,   Chicago, IL 60606-7512
 8382596     Capitol One Services,   P.O. Box 85015,   Richmond, VA 23285-5015
 8382598    +Certified Security,   2720 N. Thatcher Avenue,   River Grove, IL 60171-3129
 8382599     Citi Business Card,   P.O. Box 6309,   The Lakes, NV 88901-6309
 8382600    +KeyBank USA/National Association,   P.O. Box 94968,   Cleveland, OH 44101-4968
 8477233    +Keybank USA,   PO Box 94772,   Cleveland, OH 44101-4772
 8382601    +LaCalamita, Joe,   925 Park Drive,   Melrose Park, IL 60160-2230
 8477234    +Neal Lehmann,   c/o Schuyler Roche & Zwirner,   130 E Randolph St Ste 3800,
               Chicago, IL 60601-6317
 8675639    +US Trustee,   attn: IRA Bodenstein,   227 West Monroe Suite 3350,   Chicago, Illinois 60606-5025
 8382602    +Vladem Lerman Sweeney & Company LLP,   5215 Old Orchard Road,   Suite 525,   Skokie, IL 60077-1015
 8382603     Yellow Pages,   P.O. Box 600006,   Anaheim, CA 92812

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty          Edmond Burke
 cr           Banco Popular North America
 acc          Lois West,   Popowcer Katten Ltd
 8382592*     American Express,   P.O. Box 297879,   Fort Lauderdale, FL 33329-7879
 8382594*     American Express,   P.O. Box 297879,   Fort Lauderdale, FL 33329-7879
 8382593*     American Express,   P.O.Box 297879,   Fort Lauderdale, FL 33329-7879
 8382597*     Capitol One Services,   P.O. Box 85015,   Richmond, VA 23285-5015
                                                                                               TOTALS: 3, * 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 30, 2007**             **Signature:**  _Joseph Speetjens_