UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7-SPS |
| | ) | |
| DIAMOND IMAGE, INC. | ) | Case No. 04-B-29728 |
| | ) | |
| | ) | Hon. Susan Pierson Sonderby |
| Debtor. | ) | |

TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO:  THE HONORABLE SUSAN PIERSON SONDERBY
     BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, a copy of which is attached as **Exhibit A**.

All checks have been cashed. Attached as **Exhibit B** is the Form 2 which reflects check numbers, distribution amounts to creditors and a zero bank balance. The final bank statement is attached as **Exhibit C** reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. §350.

_9-21-07_  
DATE

_[signature]_  
TRUSTEE

CH1 11312717.1

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| DIAMOND IMAGE, INC. | ) | CASE NO. 04-29728 SPS |
| | ) | |
| Debtor(s) | ) | HON. SUSAN PIERSON SONDERBY |

### DISTRIBUTION REPORT

I, <u>GUS A. PALOIAN</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

### SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims: | $0.00 |
| Chapter 7 Administrative Expenses: | $15,811.03 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| Other Priority Claims (507(a)(9)): | $0.00 |
| General Unsecured Claims: | $0.00 |
| Tardily-Filed Unsecured Claims: | $0.00 |
| Fines, Penalties & Punitive Damages: | $0.00 |
| Post-Petition Interest: | $0.00 |
| Surplus to Debtor: | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $15,811.03* |

* The total amount to be distributed has increased due to an additional deposit in the amount of $716.00.

## DISTRIBUTION REPORTS

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $27,443.73 | 94.46 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| TEE | GUS A. PALOIAN<br>Trustee Compensation | $3,272.06 | $3,090.84 |
| ATTY | SEYFARTH SHAW LLP<br>Attorney for Trustee Fees | $21,585.50 | $10,375.24 |
| ATTY | SEYFARTH SHAW LLP<br>Attorney for Trustee Expenses | $211.17 | $101.50 |
| ACCT | POPOWCER KATTEN, LTD.<br>Accountant for Trustee Fees | $1,375.00 | $1,298.84 |
| 000010 | US TRUSTEE<br>Other Professional Fees | $1,000.00 | $944.61 |
|  | **CLASS TOTALS** | $27,443.73 | $15,811.03 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $ 16,873.85 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| ATTY | ARNSTEIN & LEHR<br>Attorney for D-I-P Fees | $13,091.50 | $0.00 |
| ATTY | ARNSTEIN & LEHR<br>Attorney for D-I-P Expenses | $3,782.35 | $0.00 |
|  | **CLASS TOTALS** | $16,873.85 | $0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

CH2 20204778.1

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,925.. | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits by consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b)(6) - Tax Liens | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $ 158,667.34 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000001 | KEYBANK USA/NATIONAL ASSOCIATION General Unsecured 726 | $29,580.91 | $0.00 |
| 000003 | AMERICAN EXPRESS BANK, FSB General Unsecured 726 | $24,250.94 | $0.00 |
| 000004 | AMERICAN EXPRESS BANK, FSB General Unsecured 726 | $15,782.15 | $0.00 |
| 000005 | AMERICAN EXPRESS BANK, FSB General Unsecured 726 | $12,765.98 | $0.00 |
| 000007 | BANCO POPULAR NORTH AMERICA General Unsecured 726 | $10,320.84 | $0.00 |
| 000008 | KEYBANK USA/NATIONAL ASSOCIATION General Unsecured 726 | $29,966.52 | $0.00 |
| 000009 | LACALAMITA, JOE General Unsecured 726 | $36,000.00 | $0.00 |
| | CLASS TOTALS | $158,667.34 | $0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Late unsecured claims | $ 0.00 | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

CH2 20204778.1

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: 7-19-07

_____
Gus A. Paloian, Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: ) Case No. 04-B-29728-SPS
) Chapter 7
DIAMOND IMAGE, INC. )
) Hon. Susan Pierson Sonderby
Debtor. )
)
)

## ORDER AWARDING COMPENSATION TO TRUSTEE'S ACCOUNTANTS

THIS MATTER BEING HEARD on the First and Final Request for Compensation from Popowcer Katten, Ltd. for Trustee, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Popowcer Katten, Ltd. is allowed compensation as follows;

1. Compensation     $1,375.00

   **TOTAL**     **$1,375.00**

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowance listed above after Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this ____ day of _____, 2007

ENTERED

MAY 1 5 2007

ENTERED: _____ SUSAN PIERSON SONDERBY
HONORABLE SUSAN PIERSON SONDERBY

CH2 20198087.1

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| | Case No. 04-29728-SPS |
| DIAMOND IMAGE, INC. | Hon. Susan Pierson Sonderby |
| Debtor. | |

## ORDER AWARDING TRUSTEE FEES

Upon the First and Final Application (the "Application") for Allowance and Payment of Compensation to Chapter 7 Trustee Gus A. Paloian (the "Trustee") for the period of October 28, 2004, through the close of this case (the "Application Period"); and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§157 and 1334; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Application having been provided and no other or further notice being required; and the Court having reviewed the Application and having heard the statement in support of the relief requested therein at a hearing before the Court (the "Hearing"); and the Court ~~having determined~~ *It appearing* that the legal and factual bases set forth in the Application and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is

~~ORDERED that the Application is granted; and~~

IT IS FURTHER ORDERED that the Trustee is allowed $2,843.67 as reasonable final compensation (the "Trustee Fees") for actual and necessary services performed as Chapter 7 Trustee during the Application Period; and

IT IS FURTHER ORDERED that the Trustee is authorized and directed to pay the Trustee Fees to himself from the funds held on account in the above-captioned case.

Dated:

ENTERED
MAY 1 5 2007

_____
Honorable Susan Pierson Sonderby
United States Bankruptcy Judge

SUSAN PIERSON SONDERBY
BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7<br>Case No. 02-33235-SPS |
| DIAMOND IMAGE, INC. | Honorable Susan Pierson Sonderby |
| Debtor. | |

### ORDER ALLOWING SEYFARTH SHAW LLP FEES AND EXPENSES

Upon the Second and Final Application (the "Application") of Seyfarth Shaw ("Seyfarth") for Allowance of Compensation as Counsel to Chapter 7 Trustee Gus A. Paloian ("Trustee"); and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§157 and 1334; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Application having been provided and no other or further notice being required; and the Court having reviewed the Application and having heard the statement in support of the relief requested therein at a hearing before the Court (the "Hearing"); and the *it appearing to* Court ~~having determined~~ that the legal and factual bases set forth in the Application and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Application is granted;

IT IS FURTHER ORDERED that Seyfarth is allowed $9,800.81 in final compensation;.

CH2 20197915.1

IT IS FURTHER ORDERED that Seyfarth is allowed $81.01 in final expense reimbursement;

IT IS FURTHER ORDERED that all amounts previously paid to Seyfarth as interim compensation and expense reimbursement be deemed final; and

IT IS FURTHER ORDERED that the Trustee is authorized and directed to pay Seyfarth the amount of $9,800.81 in compensation and $81.01 in expense reimbursement as part of his final distribution in this case.

Dated: _____, 2007

ENTERED
MAY 15 2007

Honorable Susan Pierson Sonderby
United States Bankruptcy Judge

SUSAN PIERSON SONDERBY
BANKRUPTCY JUDGE

CH2 20197915.1

# EXHIBIT B

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 04-29728 -SPS
Case Name: DIAMOND IMAGE, INC.
Taxpayer ID No: ******6204
For Period Ending: 09/20/07

Trustee Name: GUS A. PALOIAN, TRUSTEE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: ******9194  BofA Money Market
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

Page: 1

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/08/04 | 1 | CHRIS M. SPINA-PROPERTIES | INTEREST IN LEASE | 1180-000 | 25,000.00 | | 25,000.00 |
| 11/30/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.29 | | 25,001.29 |
| 12/31/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 2.12 | | 25,003.41 |
| 01/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 2.12 | | 25,005.53 |
| 02/28/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 4.80 | | 25,010.33 |
| 02/28/05 | 000201 | INTERNATIONAL SURETIES, LTD. | MISCELLANEOUS EXPENSE OF THE ESTATE CHAPTER 7 BOND PREMIUM PAYMENT | 2300-000 | | 32.97 | 24,977.36 |
| 03/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 5.30 | | 24,982.66 |
| 04/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 5.13 | | 24,987.79 |
| 05/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 5.31 | | 24,993.10 |
| 06/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 5.14 | | 24,998.24 |
| 07/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 5.31 | | 25,003.55 |
| 08/17/05 | | Transfer to Acct #*******9217 | Bank Funds Transfer | 9999-000 | | 10,112.70 | 14,890.85 |
| 08/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 10.25 | | 14,901.10 |
| 09/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 7.35 | | 14,908.45 |
| 10/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 7.60 | | 14,916.05 |
| 11/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 7.36 | | 14,923.41 |
| 12/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 7.60 | | 14,931.01 |
| 01/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 7.61 | | 14,938.62 |
| 02/14/06 | | Transfer to Acct #*******9217 | Bank Funds Transfer | 9999-000 | | 12.98 | 14,925.64 |
| 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 10.64 | | 14,936.28 |
| 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 12.69 | | 14,948.97 |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 12.28 | | 14,961.25 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 12.72 | | 14,973.97 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 12.31 | | 14,986.28 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 12.73 | | 14,999.01 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 12.74 | | 15,011.75 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 12.34 | | 15,024.09 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 12.76 | | 15,036.85 |
| | | | Page Subtotals | | 25,195.50 | 10,158.65 | |

LFORM24                                                              Ver: 12.52

Page: 2

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 04-29728 -SPS | Trustee Name: | GUS A. PALOIAN, TRUSTEE |
|---|---|---|---|
| Case Name: | DIAMOND IMAGE, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | ******9194  BofA Money Market |
| Taxpayer ID No: | *******6204 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 09/20/07 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 12.36 | | 15,049.21 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 12.78 | | 15,061.99 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 12.80 | | 15,074.79 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.56 | | 15,086.35 |
| 03/22/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 8.68 | | 15,095.03 |
| 03/22/07 | | Transfer to Acct #*******9217 | Final Posting Transfer | 9999-000 | | 15,095.03 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 25,253.68 | 25,253.68 |
| Less: Bank Transfers/CD's | 0.00 | 25,220.71 |
| Subtotal | 25,253.68 | 32.97 |
| Less: Payments to Debtors | | 0.00 |
| Net | 25,253.68 | 32.97 |

Page Subtotals   58.18   15,095.03

LFORM24                                                                                                                                                      Ver: 12.52

Page: 3

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 04-29728 -SPS
Case Name: DIAMOND IMAGE, INC.
Taxpayer ID No: *******6204
For Period Ending: 09/20/07

Trustee Name: GUS A. PALOIAN, TRUSTEE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******9217 BofA Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/17/05 | | Transfer from Acct #*******9194 | Bank Funds Transfer | | 9999-000 | 10,112.70 | | 10,112.70 |
| 08/17/05 | 002001 | SEYFARTH SHAW LLP | ATTORNEY FEES & EXPENSES PAYMENT OF FIRST INTERIM FEES PURSUANT TO COURT ORDER DATED JUNE 29, 2005. JUDGE DID NOT ALLOW FULL FEE REQUEST | | | | 10,112.70 | 0.00 |
| | | | Fees | 10,000.00 | 3110-000 | | | |
| | | | Expenses | 112.70 | 3120-000 | | | |
| 02/14/06 | | Transfer from Acct #*******9194 | Bank Funds Transfer | | 9999-000 | 12.98 | | 12.98 |
| 02/14/06 | 002002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM 2/1/06 THROUGH 2/1/07 | | 2300-000 | | 12.98 | 0.00 |
| 03/22/07 | | Transfer from Acct #*******9194 | Transfer In From MMA Account | | 9999-000 | 15,095.03 | | 15,095.03 |
| 07/16/07 | 9 | SCHUYLER, ROCHE & ZWIRNER | TUROVER OF RETAINER | | 1290-000 | 716.00 | | 15,811.03 |
| 07/20/07 | 002003 | US Trustee attn: IRA Bodenstein 227 West Monroe Suite 3350 Chicago, Illinois 60606 | Claim 000010, Payment 94.46100% | | 3991-000 | | 944.61 | 14,866.42 |
| 07/20/07 | 002004 | POPOWCER KATTEN, LTD. | Claim ACCT, Payment 94.46109% ACCOUNTANT FEES FIRST AND FINAL FEE APPLICATION | | 3410-000 | | 1,298.84 | 13,567.58 |
| 07/20/07 | 002005 | SEYFARTH SHAW LLP | Claim ATTY, Payment 48.06578% ATTORNEY FEES & EXPENSES PAYMENT OF FIRST INTERIM FEES PURSUANT TO COURT ORDER DATED JUNE 29, 2005. | | | | 10,476.74 | 3,090.84 |
| | | | Fees | 10,375.24 | 3110-000 | | | |
| | | | Expenses | 101.50 | 3120-000 | | | |
| 07/20/07 | 002006 | GUS A. PALOIAN | Claim TEE, Payment 94.46159% TRUSTEE COMPENSATION FIRST AND FINAL TRUSTEE FEE APPLICATION | | 2100-000 | | 3,090.84 | 0.00 |

Page Subtotals  25,936.71  25,936.71

LFORM24                                                                                                                    Ver: 12.52

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

| Case No: | 04-29728 -SPS |
|---|---|
| Case Name: | DIAMOND IMAGE, INC. |
| Taxpayer ID No: | ******6204 |
| For Period Ending: | 09/20/07 |

| Trustee Name: | GUS A. PALOIAN, TRUSTEE |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9217 BofA Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 25,936.71 | 25,936.71 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 25,220.71 | 0.00 | |
| | | | Subtotal | | 716.00 | 25,936.71 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 716.00 | 25,936.71 | |
| | | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
| | | | TOTAL - ALL ACCOUNTS | | | | |
| | | | BofA Money Market - ********9194 | | 25,253.68 | 32.97 | 0.00 |
| | | | BofA Checking Account - ********9217 | | 716.00 | 25,936.71 | 0.00 |
| | | | | | 25,969.68 | 25,969.68 | |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00     0.00

LFORM24                                                                                                         Ver: 12.52

# EXHIBIT C

**Bank of America**

```
CUSTOMER CONNECTION                       Account Number     3754939217
BANK OF AMERICA, N.A.                     01 01 148 06 M0000 E#        0
DALLAS, TEXAS  75283-2406                 Last Statement:    07/31/2007
                                          This Statement:    08/31/2007


                                          Customer Service
                                          1-877-757-8233
ESTATE OF
DIAMOND IMAGE, INC., DEBTOR
GUS A PALOIAN - TRUSTEE                   Page       1 of    2
04-29728
C/O GLOBAL GOVERNMENT BANKING             Bankruptcy Case Number: 0429728
***** TX1-492-09-13 *****
```

Next month, we will make changes to the information describing automated clearing house transactions posting to your account. These technical changes will provide you with more reference information in an easy-to-read format.

## SPECIAL MARKETS CHECKING ACCOUNT

### Account Summary Information

| | | |
|---|---|---|
| Statement Period 08/01/2007 - 08/31/2007 | Statement Beginning Balance | .00 |
| Number of Deposits/Credits  0 | Amount of Deposits/Credits | .00 |
| Number of Checks  0 | Amount of Checks | .00 |
| Number of Other Debits  0 | Amount of Other Debits | .00 |
| | Statement Ending Balance | .00 |
| Number of Enclosures  0 | Service Charge | .00 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 07/31 | .00 | .00 | 08/31 | .00 | .00 |