UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| DIAMOND IMAGE, INC. | ) | CASE NO. 04 B 29728 |
| | ) | |
| | ) | |
| DEBTOR. | ) | JUDGE SUSAN PIERSON SONDERBY |

**NOTICE OF FILING OF U.S. TRUSTEE'S**
**MEMORANDUM OF REVIEW OF TRUSTEE'S FINAL ACCOUNT**

To:   Gus Paloian, Esq.
      Seyfarth, Shaw et al.
      55 East Monroe Street
      Suite 4200
      Chicago, IL 60603
      Registrant's  e-mail:  gpaloian@seyfarth.com

**Please Take Notice** that on **October 17, 2007**, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Memorandum of Review of the Trustee's Final Account, a copy of which is herewith served upon you.

The United States Trustee has reviewed the Trustee's Final Account and Application to Close Case and Discharge the Trustee in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's certification that the estate has been fully administered and is ready to close.

                                        WILLIAM T. NEARY
                                        UNITED STATES TRUSTEE


DATED: October 17, 2007                 BY: /s/  M. Gretchen Silver
                                        M. Gretchen Silver, Attorney for U.S. Trustee
                                        Attorney ID: #6204419
                                        Office of the United States Trustee
                                        227 W. Monroe Street, Ste. 3350
                                        Chicago, IL 60606
                                        (312) 886-5785

**CERTIFICATE OF SERVICE**

I, M. Gretchen Silver, an attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above Notice of Filing of U.S. Trustee's Memorandum of Review of Trustee's Final Account was accomplished through the Court's Electronic Notice for Registrants on October 17, 2007.

                                        /s/ M. Gretchen Silver